# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>BRAULIO RODRIGUEZ,<br><br>     Defendant. | Case No. 18-CR-24-2-JPS<br><br>**ORDER** |

   On February 6, 2018, the grand jury returned a fourteen-count indictment against Defendant. (Docket #11). The government charged Defendant with numerous robberies, in violation of 18 U.S.C. § 1951(a) and 2, and brandishing a firearm during those robberies, in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and (2). *Id.* On April 20, 2018, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Counts One, Three, Five, Seven, Nine, Eleven, Thirteen, and Fourteen, and that the remaining counts would be dismissed at sentencing. (Docket #28 at 2–6).

   The parties appeared before Magistrate Judge David E. Jones on May 3, 2018, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #30). Defendant entered a plea of guilty as to Counts One, Three, Five, Seven, Nine, Eleven, Thirteen, and Fourteen. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #30 and #31).

Thereafter, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #31). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' report and recommendation (Docket #31) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 21st day of May, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge