# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 18-CR-24-2-JPS |
| BRAULIO RODRIGUEZ, | **ORDER** |
| Defendant. | |

On December 28, 2020, Defendant filed a motion to appoint counsel to assist him in filing a motion for compassionate release. (Docket #79). On January 6, 2021, the Court referred Defendant's motion to the Federal Defender Services of Wisconsin, Inc. ("FDS"). (Docket #80). On March 10, 2021, FDS indicated that it would not be filing a supplement on Defendant's behalf. (Docket #81). Further briefing will proceed as follows:

1. The Government shall have fourteen (14) days in which to respond to Defendant's motion.

2. Defendant may submit a reply brief, if any, within fourteen (14) days of the Government's response.

Accordingly,

**IT IS ORDERED** that the Government shall submit a response within **fourteen (14) days**; and Defendant may submit a reply, if any, within **fourteen (14) days** of the Government's response.

Dated at Milwaukee, Wisconsin, this 19th day of May, 2021.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge