UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                Case No. 2:18-CR-24

BRAULIO RODRIGUEZ,

                Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, I electronically filed the following with the Clerk of the Court using the ECF system:

- United States' Opposition to Motion for Sentence Reduction (**ECF 83**)

I further certify that my office sent the submission on May 21, 2021, via United States Postal Service to the defendant located at the following address:

Braulio Rodriguez | Register No. 16461-089
F.C.I. Gilmer | Federal Correctional Inst.
PO Box 6000
Glenville WV 26351

Dated at Milwaukee, Wisconsin, this 20th day of May 2021.

                                                RICHARD G. FROHLING
                                                Acting United States Attorney

                              By:    /s/ *Christopher J. Ladwig*

                                                CHRISTOPHER J. LADWIG
                                                Assistant United States Attorney